Appendix No. 2

PD-1224-15



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 21, 2015

Michael Ray Kennedy
TDCJ-ID 1968578
Stevenson Unit
1525 FM 766
Cuero, TX 77954

**RE:** Case Number: 07-14-00353-CR
Trial Court Case Number: 67,789-E

**Style:** Michael Ray Kennedy v. The State of Texas

Dear Mr. Kennedy:

Before the Court is your motion for "forensic analysis and testing" and your motion for appointment of counsel. The Court's opinion and judgment were issued on July 16, 2015. Its plenary power over its judgment expired on September 25, 2015. Your motions do not indicate the date you placed them in the prison mail system. This day, the Court ruled that if your motions were timely placed in the prison mail system, they are denied. See TEX. R. APP. P. 9.2(b)(1). If your motions were placed in the prison mail system after the Court's plenary power expired, they are dismissed for want of jurisdiction. TEX. R. APP. P. 19.1(b).

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
      Caroline Woodburn (DELIVERED VIA E-MAIL)
      Katherine L. Levy (DELIVERED VIA E-MAIL)
      Don F. Schofield (DELIVERED VIA E-MAIL)

EXHIBIT "B".

## AFFIDAVIT

GLENDA PEMBERTON.                 §              In The Court of
                                  §              Criminal Appeals
                                  §                 of Texas
                                                  Austin, Texas


**Before Me** the Undersigned Authority, Personally Appeared, _Glenda Pemberton_ who being by Me Duly Sworn, Deposed as Follows:

My Name is Glenda Pemberton. I am of sound Mind, Capable of Making This Affidavit and Personally Acquantied with the Fact's Herin, Stated I am the Mother of;

My Son is Michael Ray Kennedy. I Retained the Attorney, David Martinez. I Paid Exzactly the Amount of $5,000.00, for this Attorney to Represent My Son. Mr. Martinez Told Me He would Write A Affidavit that; HE HAD HEARING PROBLEMS and COULD NOT HEAR THE PROCEEDINGS. He Never Did write the Affidavit That He Had Hearing Problems. He Also Said he would Investigate the case and Interview Witnesses and do Testing of Evidence. The Attorney Said he would Pre-pair A Motion for Rehearing, He Did Not. Pro-Se Motion was Filed. The attorney told Me he would Defend My Son. There was NO Investigation or Interviews Conducted with the Officers. He was Not Prepaired for Trial. The Attorney Lied to me and Took Advantage of me and Charged An Excessive Amount Doing Nothing He Said he was going to do.

I Will Testify to what this Attorney said Over the Phone, He Just Flat out Lied to me. With False Promises of Hope. He Did Not Represent My Son as He Should of.

Affiant _Glenda Pemberton_.

Sworn to and Subscribed Before Me on the 23Red Day of November, 2015.

NOTARY PUBLIC, STATE OF TEXAS.     NOTARYS PRINTED NAME _Minerva Garcia_

My Commission Expires _06·08·16_

_11/23/15_

MINERVA GARCIA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
06-08-16